**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 114681

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Robert G. French,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>Capital Management Services, LP,<br><br>　　　　Defendant. | Docket No: 1:17-CV-1388 (BKS/DJS)<br><br>**COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Robert G. French (hereinafter referred to as "*Plaintiff*"), by and through the undersigned counsel, complains, states and alleges against Capital Management Services, LP (hereinafter referred to as "*Defendant*"), as follows:

### INTRODUCTION

1.　This action seeks to recover for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

### JURISDICTION AND VENUE

2.　This Court has federal subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

3.　Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

4.　At all relevant times, Defendant conducted business within the State of New York.

## PARTIES

5. Plaintiff Robert G. French is an individual who is a citizen of the State of New York residing in Warren County, New York.

6. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

7. On information and belief, Defendant Capital Management Services, LP, is a New York Limited Liability Partnership with a principal place of business in Erie County, New York.

8. Defendant is regularly engaged, for profit, in the collection of debts allegedly owed by consumers.

9. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS

10. Defendant alleges Plaintiff owes a debt ("the Debt").

11. The Debt was primarily for personal, family or household purposes and is therefore a "debt" as defined by 15 U.S.C. § 1692a(5).

12. Sometime after the incurrence of the Debt, Plaintiff fell behind on payments owed.

13. Thereafter, at an exact time known only to Defendant, the Debt was assigned or otherwise transferred to Defendant for collection.

14. In its efforts to collect the debt, Defendant contacted Plaintiff's boyfriend by telephone on November 21, 2017. (the "November telephone call.")

15. The November telephone call was made to number 516-791-XXXX.

16. The November telephone call was made from 1-800-295-4020.

17. 1-800-295-4020 is a telephone number used by Defendant to contact consumers.

18. The November telephone call is a "communication" as defined by 15 U.S.C. § 1692a(2).

19. The November telephone call was made by an individual who identified himself as an employee of Defendant.

20. Defendant called Plaintiff's boyfriend looking to speak with Plaintiff.

21. Plaintiff's boyfriend advised Defendant he was not Plaintiff.

22. Defendant stated they were trying to get in touch with Plaintiff regarding a balance on a repossessed car and wanted to speak with him before they took legal action.

23. Plaintiff never gave the Defendant consent to communicate with any third party in

2

connection with the collection of the Debt.

24. Plaintiff did not give Defendant express permission to communicate with any third party in connection with the collection of the Debt.

25. Defendant's conduct invaded the privacy protections afforded the Plaintiff through the FDCPA

26. 15 U.S.C. § 1692c(b) provides that without the prior consent of the consumer given directly to the debt collector, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

27. Defendant's actions as described herein violate 15 U.S.C. § 1692c(b).

28. Defendant's actions Plaintiff emotional distress, embarrassment and humiliation.

## JURY DEMAND

29. Plaintiff hereby demands a trial of this action by jury.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests judgment as follows:

    a. Damages against Defendant pursuant to 15 U.S.C. § 1692k; and

    b. Plaintiff's attorneys' fees pursuant to 15 U.S.C. § 1692k; and

    c. Plaintiff's costs; all together with

    d. Such other relief that the Court determines is just and proper.

DATED: December 26, 2017    **BARSHAY SANDERS, PLLC**

By: _/s/ *Craig B. Sanders*_____
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
csanders@barshaysanders.com
*Attorneys for Plaintiff*
Our File No.: 114681